1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26

THE HONORABLE JAMES L. ROBART

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

MICROSOFT CORPORATION,

                        Plaintiff,

        v.

NEODRON LTD., ATMEL
CORPORATION, and ATMEL GLOBAL
SALES LTD.,

                        Defendants.

No. 20-CV-1216-JLR

**MICROSOFT'S AND NEODRON'S
STIPULATED MOTION TO ALLOW
USE OF DOCUMENTS PRODUCED IN
RELATED LITIGATION IN THIS
LITIGATION AND ORDER**

Note on Motion Calendar: September 23,
2020

## STIPULATION

Plaintiff Microsoft Corporation ("Microsoft") and Defendant Neodron Ltd. ("Neodron")
(collectively, the "Parties") stipulate and agree as follows:

1.      In this breach of contract case, Microsoft asserts that Neodron breached a covenant
not to sue provision of a component purchase agreement between Microsoft and Defendants Atmel
Corporation and Atmel Global Sales, Ltd. Neodron is not a signatory to that agreement.

2.      Neodron filed a motion to dismiss Microsoft's complaint based on lack of personal
jurisdiction, claims splitting, and improper venue.  That motion is pending before the Court and
Microsoft's opposition to that motion is due on or before September 28, 2020.

STIP. AND ORDER FOR USE OF
DOCUMENTS
(No. 20-cv-1216-JLR) –1

3.      Prior to filing this breach of contract case against Neodron, Microsoft filed an arbitration against Neodron and Microchip Technology, Inc. that involve similar, but distinct issues to those in this action.  As part of that arbitration, which is still pending, Neodron produced documents and made statements that Microsoft asserts are relevant to this action, including documents that Microsoft asserts it needs to respond to Neodron's motion to dismiss. While Neodron does not agree that any such information is relevant or appropriate in opposing Neodron's motion to dismiss, Neodron nevertheless does not oppose the request to use that information in the manner described in this stipulation, while reserving all rights and arguments concerning the procedural and substantive relevance of such information.

4.      In order to allow the Parties to use information that Microsoft asserts is needed to adequately brief the pending motion to dismiss, the Parties agree that any information exchanged by them in the above-mentioned arbitration should be allowed to be used in this action subject to a protective order entered in this case.

5.      For the reasons discussed above, good cause exists for the Court to enter this stipulated motion.

**Perkins Coie LLP**
1201 Third Avenue, Suite 4900
Seattle, WA 98101-3099
Phone: 206.359.8000
Fax: 206.359.9000

1

2   DATED: September 23, 2020          By:  /s/ Andrew T. Culbert
                                           T. Andrew Culbert, WSBA No. 35925
3                                          ACulbert@perkinscoie.com
                                           Judith B. Jennison, WSBA No. 36463
4                                          JJennison@perkinscoie.com
                                           J. Camille Fisher, WSBA No. 41809
5                                          CFisher@perkinscoie.com
                                           PERKINS COIE LLP
6                                          1201 Third Ave., Suite 4900
                                           Seattle, WA  98101-3099
7                                          Tel: 206-359-8000 / Fax: 206-359-9000

8                                          Andrew Ohlert (*pro hac vice*)
                                           AOhlert@pekrinscoie.com
9                                          PERKINS COIE LLP
                                           505 Howard St Suite 1000,
10                                         San Francisco, CA 94105
                                           Tel: 415-344-7000 / Fax: 415-344-8000
11
                                           Lindsey Dunn (*pro hac vice*)
12                                         LDunn@perkinscoie.com
                                           PERKINS COIE LLP
13                                         1900 16th St Mall #1400
                                           Denver, CO 80202
14                                         Tel: 303-291-2300 / Fax: 303-291-2400

15                                         ***Attorneys for Plaintiff Microsoft Corp.***

16                                    By:  /s/ Lawrence Graham
                                           Lawrence Graham, WSBA No. 25402
17                                         LOWE GRAHAM JONES
                                           701 Fifth Avenue, Suite 4800
18                                         Seattle, WA 98104
                                           Phone: 206-381-3300 / Fax: 206-381-3301
19
                                           Reza Mirzaie (*pro hac vice*)
20                                         rmirzaie@raklaw.com
                                           C. Jay Chung (*pro hac vice*)
21                                         jchung@raklaw.com
                                           RUSS AUGUST & KABAT
22                                         12424 Wilshire Boulevard, 12th Floor
                                           Los Angeles, CA 90025
23                                         Phone: 310-826-7474

24                                         ***Attorneys for Defendant Neodron Ltd.***

25

26

STIP. AND ORDER FOR USE OF
DOCUMENTS
(No.  20-cv-1216-JLR) –3

1

**ORDER**

2

     Based on the foregoing stipulation, IT IS SO ORDERED that any information exchanged

3

by Microsoft and Neodron in the above-mentioned arbitration shall be allowed to be used in this

4

litigation.

5

6

Dated this 24th day of September, 2020.

7

8

                             _____

9

                             The Honorable James L. Robart
                             United States District Court Judge

10

Presented by:

11

T. Andrew Culbert, WSBA No. 35925       Lawrence Graham, WSBA No. 25402

12

ACulbert@perkinscoie.com               Graham@LoweGrahamJones.com
Judith B. Jennison, WSBA No. 36463      LOWE GRAHAM JONES

13

JJennison@perkinscoie.com             701 Fifth Avenue, Suite 4800
J. Camille Fisher, WSBA No. 41809       Seattle, WA 98104

14

CFisher@perkinscoie.com               Phone: 206-381-3300 / Fax: 206-381-3301
PERKINS COIE LLP

15

1201 Third Ave., Suite 4900            Reza Mirzaie *(pro hac vice)*
Seattle, WA 98101-3099                rmirzaie@raklaw.com

16

Tel: 206-359-8000 / Fax: 206-359-9000   C. Jay Chung *(pro hac vice)*
                                  jchung@raklaw.com

17

Andrew Ohlert *(pro hac vice)*          RUSS AUGUST & KABAT

18

AOhlert@pekrinscoie.com               12424 Wilshire Boulevard, 12th Floor
PERKINS COIE LLP                 Los Angeles, CA 90025

19

505 Howard St Suite 1000,             Phone: 310-826-7474
San Francisco, CA 94105

20

Tel: 415-344-7000 / Fax: 415-344-8000   ***Attorneys for Defendant Neodron Ltd.***

21

Lindsey Dunn *(pro hac vice)*

22

LDunn@perkinscoie.com
PERKINS COIE LLP

23

1900 16th St Mall #1400

24

Denver, CO 80202
Tel: 303-291-2300 / Fax: 303-291-2400

25

***Attorneys for Plaintiff Microsoft Corp.***

26

# CERTIFICATE OF SERVICE

I certify that I will cause the foregoing document(s) to be served on the following parties by the method(s) indicated below.

| | |
|---|---|
| Lawrence D. Graham, WSBA No. 25402<br>Graham@LoweGrahamJones.com<br>LOWE GRAHAM JONES PLLC<br>701 Fifth Avenue, Suite 4800<br>Seattle, WA 98104<br>Phone: 206-381-3300 / Fax: 206-381-3301<br><br>Reza Mirzaie (*pro hac vice*)<br>rmirzaie@raklaw.com<br>C. Jay Chung (*pro hac vice*)<br>jchung@raklaw.com<br>RUSS AUGUST & KABAT<br>12424 Wilshire Boulevard, 12th Floor<br>Los Angeles, CA 90025<br>Phone: 310-826-7474<br><br>**Attorneys for Defendant Neodron, Ltd.** | _____ Via hand delivery<br>_____ Via U.S. Mail<br>_____ Via Overnight Delivery<br>_____ Via Facsimile<br>_____ Via Email<br>__X__ Via ECF |
| Stephanie L. Jensen, WSBA #42042<br>sjensen@wsgr.com<br>Tyre L. Tindall, WSBA #56357<br>ttindall@wsgr.com<br>WILSON SONSINI GOODRICH & ROSATI, P.C.<br>701 Fifth Avenue, Suite 5100<br>Seattle, WA 98104-7036<br>Phone: (206) 883-2500 / Fax: (206) 883-2699<br><br>Jo Dale Carothers (*pro hac vice*)<br>JCarothers@weintraub.com<br>Eric Caligiuri (*pro hac vice*)<br>ECaligiuri@weintraub.com<br>WEINTRAUB TOBIN<br>10250 Constellation Blvd., Suite 2900<br>Los Angeles, CA 90067<br>Phone: 310-858-7888<br><br>**Attorneys for Defendant Atmel Corporation and Atmel Global Sales, Ltd.** | _____ Via hand delivery<br>_____ Via U.S. Mail<br>_____ Via Overnight Delivery<br>_____ Via Facsimile<br>_____ Via Email<br>__X__ Via ECF |

**Perkins Coie LLP**<br>1201 Third Avenue, Suite 4900<br>Seattle, WA 98101-3099<br>Phone: 206.359.8000<br>Fax: 206.359.9000

1

2      DATED this 23rd day of September, 2020.

                                                /s/ T. Andrew Culbert
3                                               T. Andrew Culbert

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

CERTIFICATE OF SERVICE
(No.  20-cv-1216-JLR) –2

**Perkins Coie LLP**
1201 Third Avenue, Suite 4900
Seattle, WA 98101-3099
Phone: 206.359.8000
Fax: 206.359.9000