THE HONORABLE JAMES L. ROBART

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| MICROSOFT CORPORATION,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>NEODRON LTD., ATMEL CORPORATION, and ATMEL GLOBAL SALES LTD.,<br><br>　　　　　Defendants. | No. 2:20-cv-1216-JLR<br><br>**ORDER REGARDING PLAINTIFF MICROSOFT'S MOTION TO SEAL OPPOSITION TO ATMEL'S MOTION TO DISMISS UNDER SEAL**<br><br>Note on Motion Calendar: October 9, 2020 |

THIS MATTER came before the Court on Plaintiff Microsoft Corporation's Motion to Seal Opposition and Supporting Declaration to Atmel's Motion to Dismiss.  Prior to ruling, the Court considered the following documents:

1. Plaintiff Microsoft Corporation's Motion to Seal Opposition and Supporting Declaration to Atmel's Motion to Dismiss, including Exhibits 1-13 attached thereto;

2. The Declaration of Lindsey Dunn in Support of Plaintiff Microsoft Corporation's Motion to Seal Opposition and Supporting Declaration to Atmel's Motion to Dismiss.

[PROPOSED] ORDER RE: MICROSOFT'S MOTION TO FILE DOCUMENTS UNDER SEAL
(No. 2:20-cv-1216-JLR) –1
LEGAL149729816.1

Perkins Coie LLP
1201 Third Avenue, Suite 4900
Seattle, WA 98101-3099
Phone: 206.359.8000
Fax: 206.359.9000

Based on the foregoing, IT IS HEREBY ORDERED that Plaintiff Microsoft Corporation's Motion to Seal Opposition and Supporting Declaration to Atmel's Motion to Dismiss is GRANTED.

Dated this 14th day of October, 2020.

The Honorable James L. Robart
United States District Court Judge

Presented by:

T. Andrew Culbert, WSBA No. 35925
ACulbert@perkinscoie.com
Judith B. Jennison, WSBA No. 36463
JJennison@perkinscoie.com
J. Camille Fisher, WSBA No. 41809
CFisher@perkinscoie.com
PERKINS COIE LLP
1201 Third Ave., Suite 4900
Seattle, WA  98101-3099
Tel: 206-359-8000 / Fax: 206-359-9000

Andrew Ohlert (*pro hac vice*)
AOhlert@perkinscoie.com
PERKINS COIE LLP
505 Howard St Suite 1000,
San Francisco, CA 94105
Tel: 415-344-7000 / Fax: 415-344-8000

Lindsey Dunn (*pro hac vice*)
LDunn@perkinscoie.com
PERKINS COIE LLP
1900 16th St Mall #1400
Denver, CO 80202
Tel: 303-291-2300 / Fax: 303-291-2400

***Attorneys for Plaintiff Microsoft Corp.***

[PROPOSED] ORDER RE: MICROSOFT'S
MOTION TO FILE DOCUMENTS UNDER SEAL
(No. 2:20-cv-1216-JLR) –2

LEGAL149729816.1

**Perkins Coie LLP**
1201 Third Avenue, Suite 4900
Seattle, WA 98101-3099
Phone: 206.359.8000
Fax: 206.359.9000