Hon. James L. Robart

**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF WASHINGTON**

| | |
|---|---|
| Microsoft Corporation,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>Neodron Ltd., Atmel Corporation, and Atmel Global Sales Ltd.,<br><br>　　　　　Defendants. | Case No. 2:20-cv-01216-JLR<br><br>**Order Granting Defendant Neodron's Motion to Seal Reply Re: Neodron's Motion to Dismiss**<br><br>Note on Motion Calendar: Oct. 2, 2020 |

i

THIS MATTER came before the Court on Defendant Neodron Ltd.'s Motion to Seal Reply In Support of Its Motion to Dismiss. Prior to ruling, the Court considered Neodron's Motion to Seal and Declaration of Jay Chung In Support of Neodron's Motion to Seal Reply In Support of Its Motion to Dismiss.

Based on the foregoing, IT IS HEREBY ORDERED that Defendant Neodron's Reply In Support of Its Motion to Dismiss is GRANTED.

DATED: October 16, 2020

_____
The Honorable James L. Robart
United States District Court Judge

Presented by:

Lawrence D. Graham, WSBA No. 25402
Graham@LoweGrahamJones.com
701 Fifth Avenue, Suite 4800
Seattle, Washington 98104
T: 206.381.3300
F: 206.381.3301

Reza Mirzaie (CA SBN 246953)
Email: rmirzaie@raklaw.com
C. Jay Chung (CA SBN 252794)
Email: jchung@raklaw.com
**RUSS, AUGUST & KABAT**
12424 Wilshire Boulevard, 12th Floor
Los Angeles, CA 90025
Telephone: 310/826-7474
Facsimile 310/826-6991

Attorneys for Defendant Neodron Ltd.