UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| MICROSOFT CORPORATION,<br><br>          Plaintiff,<br><br>   v.<br><br>ATMEL CORPORATION, et al.,<br><br>          Defendant. | CASE NO. C20-1216JLR<br><br>ORDER REGARDING PROVISIONALLY SEALED ORDER ON MOTION TO DISMISS |

Before the court is the joint statement of Plaintiff Microsoft Corporation ("Microsoft") and Defendants Atmel Corporation and Atmel Global Sales Ltd. (collectively, "Atmel") regarding proposed redactions to the court's provisionally sealed order on Atmel's motion to dismiss. (*See* Joint Statement (Dkt. # 71); 2/12/21 Order (Dkt. # 70).)  Microsoft and Atmel agree on the extent to which the court's order should be redacted. (*See* Joint Statement.)

//

//

ORDER - 1

The court adopts the parties' proposed redactions.  The court DIRECTS the Clerk to file the redacted copy of the court's order on Atmel's motion to dismiss (Dkt. # 71-1) on the record.

Dated this 1st day of April, 2021.

JAMES L. ROBART
United States District Judge