THE HONORABLE JAMES L. ROBART

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| MICROSOFT CORPORATION,<br><br>Plaintiff,<br><br>v.<br><br>NEODRON LTD., ATMEL CORPORATION, and ATMEL GLOBAL SALES LTD.,<br><br>Defendants. | CASE NO.:  2:20-cv-01216-JLR<br><br>**ORDER GRANTING UNOPPOSED MOTION FOR LEAVE TO FILE UNDER SEAL AN UNREDACTED VERSION OF DEFENDANTS ATMEL CORPORATION AND ATMEL GLOBAL SALES LTD.'S OPPOSITION TO PLAINTIFF MICROSOFT CORPORATION'S MOTION FOR LEAVE TO AMEND COMPLAINT**<br><br>NOTE ON MOTION CALENDAR: March 19, 2021 |

**ORDER GRANTING MOTION TO SEAL**
2:20-cv-01216-JLR

**WEINTRAUB TOBIN**
10250 Constellation Blvd., Suite 2900
Los Angeles, CA  90067
Tel.: (310) 858-7888
Fax: (310) 550-7191

1. The Court, having considered the Unopposed Motion for Leave to File Under Seal an Unredacted Version of Defendants Atmel Corporation and Atmel Global Sales LTD.'s Opposition to Plaintiff Microsoft Corporation's Motion for Leave to Amend Complaint, as well as all other matters presented to the Court, and compelling reasons having been shown, HEREBY ORDERS that the Unopposed Motion is GRANTED. The unredacted copy of Defendants Atmel Corporation and Atmel Global Sales LTD.'s Opposition to Plaintiff Microsoft Corporation's Motion for Leave to Amend Complaint (Dkt. # 80) shall be kept under seal.

**IT IS SO ORDERED.**

Dated this 2nd day of April, 2021.

_____
THE HONORABLE JAMES L. ROBART
UNITED STATES DISTRICT JUDGE

Submitted by:

Jo Dale Carothers (*pro hac vice*)
Eric A. Caligiuri (*pro hac vice*)
**WEINTRAUB TOBIN**
10250 Constellation Boulevard, Suite 2900
Los Angeles, CA  90067
Telephone:  (310) 858-7888
Facsimile:   (310) 550-7191
Email:  jcarothers@weintraub.com
Email:  ecaligiuri@weintraub.com

Stephanie L. Jensen, WSBA #42042
Tyre L. Tindall, WSBA #56357
**WILSON SONSINI GOODRICH & ROSATI, P.C.**
701 Fifth Avenue, Suite 5100
Seattle, WA  98104-7036
Telephone:  (206) 883-2500
Facsimile:   (206) 883-2699
Email:  sjensen@wsgr.com
Email:  ttindall@wsgr.com

*Attorneys for Defendants Atmel Corporation and Atmel Global Sales Ltd.*

ORDER GRANTING MOTION TO SEAL
2:20-cv-01216-JLR
-1-
WEINTRAUB TOBIN
10250 Constellation Blvd., Suite 2900
Los Angeles, CA  90067
Tel.: (310) 858-7888
Fax: (310) 550-7191